UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| STANLEY LOMAX,<br><br>    Petitioner,<br><br>v.<br><br>HECTOR JOYNER, Warden,<br><br>    Respondent. | Civil Action No. 7: 23-21-KKC<br><br><br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **ENTERS** Judgment in favor of Respondent Hector Joyner.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered:  March 14, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY